# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Heather Thomas, et al. v. Bayer Schering Pharma AG, et al.*                    No. 3:11-cv-10439-DRH-PMF

.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586-1), July 15, 2014 (3:11-cv-10439 Doc. 7), August 6, 2014 (3:11-cv-10439 Doc. 8), August 29, 2014 (3:11-cv-10439 Doc. 9), and February 13, 2015 (3:11-cv-10439 Doc. 10), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Cheryl A. Ritter*
**Deputy Clerk**

Date: February 17, 2015

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.02.17 16:26:57 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT